IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIMOTHY L. BEALS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-922-C |
| | ) | |
| SCOTT JAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

O R D E R

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Shon T. Erwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Erwin entered a Report and Recommendation on October 15, 2015, recommending dismissal for failure to pay the filing fee or to file a properly supported motion for leave to proceed in forma pauperis. Plaintiff has now submitted a request to proceed in forma pauperis with the required statement of institutional account.

Accordingly, the Report and Recommendation is adopted, in part, but because the required documents have now been received, this matter is again recommitted to the Magistrate Judge under the original Order of Referral.

IT IS SO ORDERED this 1st day of March, 2016.

ROBIN J. CAUTHRON
United States District Judge