IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| TIMOTHY L. BEALS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-15-922-C |
| SCOTT JAY, et al., | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on April 13, 2017. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 81) of the Magistrate Judge is adopted and Plaintiff's "Motion to Supplement (Add to) Original Complaint" (Dkt. No. 52) is DENIED.

IT IS SO ORDERED this 28th day of June, 2017.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge